IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM ROGER CRAWFORD,

        Petitioner,             No. CIV S-03-1149 LKK KJM P

    vs.

THOMAS L. CAREY, Warden, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254.  On December 12, 2005, respondents filed a request for leave to file a supplemental answer.  Respondents' request will be denied as the court generally requires that pleadings be complete and without reference to prior pleadings.  <u>See</u> Local Rule 15-220.  Respondents will be given thirty days within which to file an amended answer and plaintiff will be given thirty days thereafter to file an amended traverse.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondents' December 12, 2005 request for leave to file a supplemental answer is denied;

/////

/////

1                2.  Respondents are granted thirty days within which to file an amended answer;

2  and

3                3.  Petitioner may file an amended traverse within thirty days of service of

4  respondents' amended answer.

5  DATED:  May 1, 2006.

6

7

8                       UNITED STATES MAGISTRATE JUDGE

9

10

11  1
craw1149.mts

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26