1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8    KIM ROGER CRAWFORD,

9              Petitioner,                    No. CIV S-03-1149 LKK KJM P

10        vs.

11   THOMAS L. CAREY, Warden, et al.,

12             Respondents.                   <u>ORDER</u>

13   _____/

14        Petitioner has requested the appointment of counsel.  There currently exists no

15   absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d

16   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

17   any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

18   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

19   served by the appointment of counsel at the present time.

20        Accordingly, IT IS HEREBY ORDERED that petitioner's July 17, 2006 request

21   for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage

22   of the proceedings.

23   DATED:  July 24, 2006.

24

25   _____
     UNITED STATES MAGISTRATE JUDGE

26

/mp; craw1149.110