IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM ROGER CRAWFORD,

    Petitioner,               No. CIV S-03-1149 LKK KJM P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

       Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's July 27, 2006 request for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: August 1, 2006.

                                                            UNITED STATES MAGISTRATE JUDGE

/mp
craw1149.111