IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM ROGER CRAWFORD,

        Petitioner,                No. CIV-S-03-1149 LKK KJM P

    vs.

BEN CURRY, et al.,

        Respondents.        <u>ORDER</u>

                              /

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a motion in which he asks that all of his legal materials be returned to him immediately. Apparently the materials were confiscated in furtherance of an investigation being completed by correctional officers. Petitioner's request will be denied as he has not shown how the temporary confiscation of his legal materials affects his ability to litigate this case.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's August 6, 2007 "motion requesting order to have security squad return all legal material" is denied.

DATED: August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1
craw1149.mail