1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KIM ROGER CRAWFORD,

11            Petitioner,                    No. CIV S-03-1149 LKK KJM P

12        vs.

13   TOM L. CAREY, et al.,

14            Respondents.           ORDER

15   _____/

16          On July 15, 2010, the Ninth Circuit Court of Appeals remanded this 28 U.S.C. §

17   2254 action for this court to determine whether a certificate of appealability should issue.  A

18   certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a

19   substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  For the

20   reasons set forth in the magistrate judge's August 24, 2007 findings and recommendations,

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

1   petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly,

2   a certificate of appealability should not issue in this action.

3           IT IS SO ORDERED.

4   DATED:   July 26, 2010.

5

6

7   _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
8   UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26